```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-02460-MDF
Susan K Kostalas                                                    Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 1           Date Rcvd: Oct 14, 2016
                              Form ID: pdf010              Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
```
4799531        +CitiMortgage,    1000 Technology Dr MS 420 R,    OFallon, MO 63368-2240
4844021        +FEDERAL NATIONAL MORTGAE ASSOCIATION,    SETERUS, INC.,    PO BOX 1047,    HARTFORD, CT 06143-1047
4844019       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,     PO Box 619096,   Dallas TX 75261-9741)
4843699        +Nationstar Mortgage LLC,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
4799535         PA Department of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
4799532        +PHH,   2001 Bishops Gate Blvd,    Mt Laurel, NJ 08054-4604
4841739        +PHH Mortgage Corporation,    One Mortgage Way, Mail Stop SV01,    Mount Laurel, NJ 08054-4637
4799534        +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
4843029        +Peter t. Ruth, Esquire,    221 W. Philadelphia Street, Ste E600,    York, PA 17401-2991
4806703        +SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
4799533        +Seterus,   Box 1047,   Hartford, CT 06143-1047
4799537        +Spring Garden Township,    558 South Ogontz Street,    York, PA 17403-5795
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: sue@kostalas.com Oct 14 2016 19:15:43      Susan K Kostalas,    1849 Second Ave,
                 York, PA 17402-3401
4825098        +E-mail/Text: bankruptcy@bbandt.com Oct 14 2016 19:15:50       BB&T, Bankruptcy Section,
                 100-50-01-51,   P.O. Box 1847,    Wilson, NC 27894-1847
4799536         E-mail/Text: cio.bncmail@irs.gov Oct 14 2016 19:15:49       IRS,    PO Box 21126,
                 Philadelphia, PA 19114
4804689        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2016 19:15:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 4
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +NATIONSTAR MORTGAGE LLC,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor   PHH Mortgage Corporation pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUSAN K KOSTALAS<br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |
| vs. | CASE NO: 1-16-02460 MDF |
| SUSAN K KOSTALAS<br>Respondent(s) | MOTION TO DISMISS WITH PREJUDICE |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby:

ORDERED that the above-captioned bankruptcy case be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby barred from filing a bankruptcy petition under any chapter in this district for a period of one (1) year from the date of this Order.

By the Court,

*Mary D. France*
Bankruptcy Judge (VK)

Dated: October 13, 2016